IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JILL L. BORSUK,

        Plaintiff,

v.

KHLOE PIERCE, et al.

        Defendants.

ORDER

Case No.  23-cv-794-jdp

---

JILL L. BORSUK,

        Plaintiff,

v.

RON KLAIN, et al.

        Defendants.

ORDER

Case No.  23-cv-799-jdp

---

Plaintiff Jill L. Borsuk has filed two proposed civil complaints.  Plaintiff seeks to commence the lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1.     Plaintiff Jill L. Borsuk's petition for leave to proceed without prepayment of fees is GRANTED.

2.     No further action will be taken in the cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether a case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief

against a defendant who is immune from such relief.  Once the screening process is complete,  a separate order will issue.

Entered this 20th day of November, 2023.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge